UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X YES** If the answer is "Yes", list the case number and title of the earliest filed complaint:

**08CR 477**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO X YES ☐** If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? **NO X  YES**
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**JUDGE SHADUR**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO X YES ☐** If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

**MAGISTRATE JUDGE COX**

5) Is this a transfer of probation supervision from another district to this District?  **NO X  YES ☐**

6) What level of offense is this indictment or information?  **FELONY X  MISDEMEANOR ☐**

7) Does this indictment or information involve eight or more defendants?  **NO X  YES ☐**

8) Does this indictment or information include a conspiracy count?  **NO X  YES**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide . . . . . . . . . . (II) | ☐ Income Tax Fraud . . . . . (II) | DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust . . . . (II) | ☐ Postal Fraud . . . . . . . . . (II) | ☐ Miscellaneous General |
| ☐ Bank robbery . . . . . . . . (II) | **X Other Fraud** . . . . . . . . . **(III)** | Offenses . . . . . . . . . . . . . . (IV) |
| ☐ Post Office Robbery . . . (II) | ☐ Auto Theft . . . . . . . . (IV) | ☐ Immigration Laws (IV) |
| ☐ Other Robbery . . . . . . . . (II) | ☐ Transporting Forged Securities | ☐ Liquor, Internal Revenue |
| ☐ Assault . . . . . . . . . . . . . (III) | . . . . . . . . . . . . . . . . . . . . . (III) | Laws . . . . . . . . . . . . . . . . . (IV) |
| ☐ Burglary . . . . . . . . . . . . (IV) | ☐ Forgery . . . . . . . . . . . . . (III) | ☐ Food & Drug Laws (IV) |
| ☐ Larceny and Theft . . (IV) | ☐ Counterfeiting . . . . . . . (III) | ☐ Motor Carrier Act (IV) |
| ☐ Postal Embezzlement . (IV) | ☐ Sex Offenses . . . . . . . . (II) | ☐ Selective Service Act (IV) |
| ☐ Other Embezzlement . (III) | ☐ DAPCA Marijuana . . (III) | ☐ Obscene Mail . . . . . . . (III) |
| | ☐ DAPCA Narcotics . . . (III) | ☐ Other Federal Statutes (III) |
| | | ☐ Transfer of Probation Jurisdiction . . . . . . . . . . . . . . . . . . . . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
18 USC § 1341
18 USC § 1343

**BRIAN P. NETOLS**
Assistant United States Attorney