# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 477 | **DATE** | 6/30/2008 |
| **CASE TITLE** | USA vs. Jonathan Hon | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all charges. LR 16.1 is to be completed by July 18, 2008. Defense motions are due on or before July 30, 2008. Government's response is due August 13, 2008. A status hearing is set for August 20, 2008 at 1:15 p.m. Defendant's presence is waived. This Court finds that the time from tomorrow through August 20, 2008 is excludable under 18:3161(h)(1) and the Tibboel case. (XE) Bond set at $4,500 OR.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | SN |
|---|---|---|