```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | No.  08 CR 477 |
| v. | ) | |
| | ) | HON. MILTON I. SHADUR |
| **JONATHAN HON** | ) | |
| Defendant. | ) | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

NOW comes MICHAEL J. PETRO, Attorney for Defendant, JONATHAN HON, respectfully requests this Court for leave to withdraw as counsel.  In support thereof, counsel states as follows:

1. Counsel was initially retained to represent JONATHAN HON during the investigation of this matter.

2. On June 17, 2008, JONATHAN HON was indicted.  Subsequent to that event, JONATHAN HON indicated that he is unable to pay counsel for representation for post-indictment.

2. JONATHAN HON has requested that an attorney be appointed under the Criminal Justice Act.

3. JONATHAN HON has asked counsel to submit a financial affidavit [see attached] to the court in support of his request for appointment of an attorney under the Criminal Justice Act.

4. As a result of the foregoing, counsel does not have a meaningful attorney client relationship with JONATHAN HON.

5.   AUSA Brian Netols was consulted who has no position.

WHEREFORE, MICHAEL J. PETRO requests that this Court allow him leave to withdraw as counsel for JONATHAN HON.

                Respectfully submitted,


                <u>/s MICHAEL J. PETRO</u>


MICHAEL J. PETRO
ATTORNEY FOR JONATHAN HON
53 WEST JACKSON BLVD, SUITE 324
CHICAGO, ILLINOIS  60604
312-913-1111

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | _____ V.S. _____ | FOR _____ AT _____ | |

| PERSON REPRESENTED (Show your full name) | 1 ☐ Defendant—Adult | DOCKET NUMBERS |
|---|---|---|
| | 2 ☐ Defendant - Juvenile | Magistrate |
| | 3 ☐ Appellant | |
| | 4 ☐ Probation Violator | District Court |
| CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor | 5 ☐ Parole Violator | |
| | 6 ☐ Habeas Petitioner | Court of Appeals |
| | 7 ☐ 2255 Petitioner | |
| | 8 ☐ Material Witness | |
| | 9 ☐ Other | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: Burnhart, 3115 N. Route 23, Ottowa IL
IF YES, how much do you earn per month? $ 60,000 per year
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED    SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE    DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ 401(K) Approx $4,000

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them: Hillary, Duncan, Chance

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Health $80/per week | $ | $ |
| | 401 $150/per week | $ | $ |
| | Child Support $1850/month | $ | $ |
| | Car Lease $359/month | $ | $ |
| | Dental-Braces Daughter | ~$5000 | $160 month |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ➤ [signature]