IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        ) | |
|              **Plaintiff,**        ) | |
|                                    ) | No.  08 CR 477 |
|        v.                          ) | |
|                                    ) | HON. MILTON I. SHADUR |
| **JONATHAN HON**                   ) | |
|              **Defendant.**        ) | |

## NOTICE OF MOTION

TO:  AUSA Brian P. Netols
     United States Attorney's Office
     219 South Dearborn Street
     Suite 500
     Chicago, IL 60604

   YOU ARE HEREBY NOTIFIED that on the **16 day of July, 2008 at 9:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton I. Shadur, in Courtroom 2303, or any other judge as may be holding court in his absence, in the court room usually occupied by him in the Everett McKinley Dirksen Building, 210 South Dearborn Street, Chicago, Illinois and then and there present the attached Motion for Leave to Withdraw as Counsel at which time and place you may appear as you see fit to do so.

                                        s/ Michael J. Petro


Michael J. Petro
Petro and Associates
53 West Jackson Blvd., Suite 324
Chicago, IL 60604
312-913-1111

## PROOF OF SERVICE

   I, Michael J. Petro, an attorney, certify that on **July 11, 2008**, I served a copy of this Notice of Motion along with a copy of the above motions pursuant to the District Court's ECF system as to ECF filers.

s/ Michael J. Petro