UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                           Plaintiff,

v.                                         Case No.: 1:08−cr−00477
                                           Honorable Milton I. Shadur

Jonathan Hon
                                           Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

MINUTE entry before the Honorable Milton I. Shadur:Motion to withdraw as attorney [10] is granted. Michael John Petro is hereby withdrawn from the case as to Jonathan Hon (1); Status hearing held on 8/14/2008; Status hearing set for 9/15/2008 at 09:00 AM. Time is excluded from today through 9/15/08. Attorney Michael John Petro terminated. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.